UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  12-23568-CV-ALTONAGA/SIMONTON


Wi-LAN USA, INC. and Wi-LAN, INC.,

     Plaintiffs,

v.

ALCATEL-LUCENT USA INC.,

     Defendant.

_____/

## UNOPPOSED MOTION TO WITHDRAW MARKMAN ORDER AND JOINT MOTION TO DISMISS

Plaintiffs, Wi-LAN USA, Inc. and Wi-LAN, Inc. hereby move, and Defendant Alcatel-Lucent USA Inc. does not oppose, that the Markman Order (Dkt No. 141) dated September 9, 2013, be withdrawn and vacated.

In addition, all parties jointly move and stipulate that:

1.  All claims at issue between Wi-LAN and Alcatel-Lucent in this action, including all claims presented by Wi-LAN and all of Alcatel-Lucent's counterclaims, shall be dismissed with prejudice; and

2.  Wi-LAN and Alcatel-Lucent each shall bear their own costs and attorneys' fees.

     Respectfully Submitted,


Dated:  September 17, 2013

By: /s/ Curtis D. Carlson_____

Ronald J. Lewittes
Email:  lewittes@carlson-law.net
Curtis D. Carlson
Email:  carlson@carlson-law.net
Carlson & Lewittes, P.A.

By: /s/ Janet T. Munn_____

Janet T. Munn
Fla. Bar No. 501281
Email:  jmunn@rascoklock.com
Rasco Klock, et al.
283 Catalonia Avenue, Suite 200

US 2092542

CASE NO.:  12-23568-CV-ALTONAGA/SIMONTON

1 SE 3rd Avenue
1200 Sun Trust International Center
Miami, FL 33131-1817
Telephone: 305.372.9700
Fax: 305.372.9700

David J. Tobin, *Admitted Pro Hac Vice*
Email: dtobin@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone: 214.220.7949
Fax: 214.999.7949

Steve R. Borgman, *Admitted Pro Hac Vice*
Email: sborgman@velaw.com
Purav Jesrani, *Admitted Pro Hac Vice*
Email: pjesrani@velaw.com
Vinson & Elkins LLP
1001 Fannin Street Suite 2500
Houston, TX 77002
Telephone: 713.758.2222
Fax: 713.758.2346

Constance S. Huttner, *Admitted Pro Hac Vice*
Email: chuttner@velaw.com
Hilary L. Preston, *Admitted Pro Hac Vice*
Email: hpreston@velaw.com
Stephanie Donahue, *Admitted Pro Hac Vice*
Email: sdonahue@velaw.com
Andrew J. Allen, *Admitted Pro Hac Vice*
Email: aallen@velaw.com
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Telephone: 212.237.0000
Fax: 212.237.0100

Stephen M. Hash, *Admitted Pro Hac Vice*
Email: shash@velaw.com
Andrea M. Houston, *Admitted Pro Hac Vice*
Email: ahouston@velaw.com
Vinson & Elkins LLP
2801 Via Fortuna Suite 100
Austin, TX 78746
Telephone: 512.542.8400

Coral Gables, FL  33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

Robert A. Appleby, *Admitted Pro Hac Vice*
robert.appleby@kirkland.com
Jeanne M. Heffernan, *Admitted Pro Hac Vice*
jeanne.heffernan@kirkland.com
Akshay S. Deoras, *Admitted Pro Hac Vice*
akshay.deoras@kirkland.com
Joseph A. Loy, *Admitted Pro Hac Vice*
joseph.loy@kirkland.com
Gregory S. Arovas, *Admitted Pro Hac Vice*
greg.arovas@kirkland.com
David N. Draper, *Admitted Pro Hac Vice*
david.draper@kirkland.com
Diwei Zhang, *Admitted Pro Hac Vice*
diwei.zhang@kirkland.com
Mangesh A. Kulkarni, *Admitted Pro Hac Vice*
mangesh.kulkarni@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Jeremy J. Taylor, *Admitted Pro Hac Vice*
jeremy.taylor@kirkland.com
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500

*Counsel for Defendant Alcatel-Lucent USA, Inc.*

2

US 2092542

Fax: 512.542.8400

*Counsel for Wi-LAN USA, Inc. and Wi-LAN, Inc.*

3

US 2092542

CASE NO.:  12-23568-CV-ALTONAGA/SIMONTON

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2013 I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being

served this day on all counsel of record identified below, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Curtis Carlson

Janet T. Munn
jmunn@rascoklock.com
Fla. Bar No.: 501281
Rasco Klock, et al.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Tel.: 305.476.7101
Fax: 305.476.7102

Jeremy J. Taylor
jeremy.taylor@kirkland.com
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500

Robert A. Appleby, *Admitted Pro Hac Vice*
robert.appleby@kirkland.com
Jeanne M. Heffernan, *Admitted Pro Hac Vice*
jeanne.heffernan@kirkland.com
Akshay S. Deoras, *Admitted Pro Hac Vice*
akshay.deoras@kirkland.com
Joseph A. Loy, *Admitted Pro Hac Vice*
joseph.loy@kirkland.com
Gregory S. Arovas, *Admitted Pro Hac Vice*
greg.arovas@kirkland.com
David N. Draper, *Admitted Pro Hac Vice*
david.draper@kirkland.com
Diwei Zhang, *Admitted Pro Hac Vice*
diwei.zhang@kirkland.com
Mangesh A. Kulkarni, *Admitted Pro Hac Vice*
mangesh.kulkarni@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Alcatel-Lucent USA Inc.*

4

US 2092542

*Wi-LAN USA, Inc., et al. v. Alcatel-Lucent USA, Inc.*

**Case No. 12-23568-CV-ALTONAGA/SIMONTON**

# EXHIBIT "A"
**(Proposed) Order on the Unopposed Motion to Withdraw Markman Order and Joint Motion to Dismiss**

5

US 2092542

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  12-23568-CV-ALTONAGA/SIMONTON

Wi-LAN USA, INC. and Wi-LAN, INC.,

     Plaintiffs,

v.

ALCATEL-LUCENT USA INC.,

     Defendant.

_____/

### ORDER ON THE UNOPPOSED MOTION TO WITHDRAW MARKMAN ORDER AND JOINT MOTION TO DISMISS

THIS CAUSE has come before the Court upon the parties' Unopposed Motion to Withdraw Markman Order and Joint Motion to Dismiss (Dkt. No. __ ) ("Motion").  The Court having reviewed the Motion and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED.

1. The Markman Order (Dkt No. 141) dated September 9, 2013, is hereby withdrawn and vacated;

2. All claims at issue between Wi-LAN and Alcatel-Lucent in this action, including all claims presented by Wi-LAN and all of Alcatel-Lucent's counterclaims, are hereby dismissed with prejudice; and

3. Wi-LAN and Alcatel-Lucent each shall bear their own costs and attorneys' fees.

DONE AND ORDERED in Chambers in Miami, Florida in the Southern District of Florida, this _____ day of September, 2013.

_____
CECILIA M. ALTONAGA
United States District Judge

cc: All Counsel of Record

US 2092542